CO-386-online
10/03

# United States District Court
# For the District of Columbia

NATIONAL AUDUBON SOCIETY,  )
DEFENDERS OF WILDLIFE,  )
SOUTHERN APPALACHIAN BIODIVERSITY PROJECT,  )
WESTERN NORTH CAROLINA ALLIANCE, and  )
HEARTWOOD,  )
                              Plaintiff  )   Civil Action No._____
     VS  )
GALE NORTON, in her official capacity as Secretary of the U.S. Department of Interior,  )
and  )
U.S. FISH AND WILDLIFE SERVICE,  )
                            Defendant  )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for **Plaintiffs**_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **NONE**_____ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

                                              Attorney of Record

                                              _/s/_____
                                              Signature

453116                                     Michael P. Senatore
BAR IDENTIFICATION NO.           Print Name

                                              1130 Seventeenth Street, NW
                                              Address

                                              Washington, DC 20036
                                              City            State           Zip Code

                                              (202) 682-9400
                                              Phone Number