IN THE UNITED STATES DISTRICT COURT
for the District of Columbia

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, DEFENDERS OF WILDLIFE, SOUTHERN APPALACHIAN BIODIVERSITY PROJECT, WESTERN NORTH CAROLINA ALLIANCE, and HEARTWOOD,<br><br>      Plaintiffs,<br> v.<br><br>GALE NORTON, in her official capacity as Secretary of the U.S. Department of Interior,<br><br> and<br><br>U.S. FISH AND WILDLIFE SERVICE,<br><br>      Defendants. | NOTICE OF APPEARANCE<br><br>No.  1:06-cv-00349-RCL |

To the Clerk of this court and all parties of record:

Please enter the appearance of <u>Austin D. Gerken Jr.</u> and <u>Douglas A. Ruley</u> as counsel in this case

for: National Audubon Society, Defenders of Wildlife, Southern Appalachian Biodiversity

Project, Western North Carolina Alliance & Heartwood, plaintiffs.

               Respectfully Submitted,

March 3, 2006          _____/S_____
                    Austin D. Gerken Jr. (D.C. Bar No. 474947)
                    Douglas A. Ruley
                    Southern Environmental Law Center
                    29 N. Market St., Suite 700
                    Asheville, NC  28801-2934
                    Tel: (828) 258-2023
                    Fax: (828) 258-2024
                    *Counsel for Plaintiffs*