# CERTIFICATE OF SERVICE

I hereby certify that I have, this 3rd day of March 2006, caused true copies of the foregoing NOTICE OF APPEARANCE to be served on defendants first class mail, postage prepaid, addressed to defendants and their counsel as follows:

>U.S. Attorney General
>950 Pennsylvania Ave., NW
>Washington, DC 20530
>
>U.S. Attorney for the District of Columbia
>555 Fourth Street, NW
>Washington, DC  205030
>
>Gale Norton
>United States Secretary of Interior
>U.S. Department of Interior
>C St. NW
>Washington, DC  20240-0001
>
>U.S. Fish and Wildlife Service
>1849 S. St., NW  Room 3238
>Washington, DC  20240-0001

March 3, 2006                            _____/S_____
                                                      Austin D. Gerken Jr. (Bar No. 474947)
                                                      Southern Environmental Law Center
                                                      29 N. Market St., Suite 700
                                                      Asheville, NC 28801
                                                      *Counsel for Plaintiffs*