UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL AUDUBON SOCIETY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> P. LYNN SCARLETT, in her official capacity as Acting Secretary of the Interior, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) Civil Action No. 06-349-RCL ) ) ) ) ) ) ) ) |

**UNOPPOSED MOTION TO EXTEND TIME TO ANSWER**

Defendant P. Lynn Scarlett, Acting U.S. Secretary of the Interior,[1] and the United States Fish and Wildlife Service ("Federal Defendants"), by and through their undersigned counsel, hereby move the Court pursuant to Federal Rule 6(b) for an extension of time to file their Answer in this case to June 15, 2006. Pursuant to LCvR 7(m), counsel for Federal Defendants has conferred with Plaintiffs' counsel, and Plaintiffs do not oppose this Motion. In support of the instant Motion, Federal Defendants state as follows:

1.  Plaintiffs served their Complaint in this action on the U.S. Attorney for the District of Columbia on March 15, 2006. Pursuant to Federal Rule 12(a)(3), Federal Defendants' Answer is currently due to be filed by May 15, 2006.

---

[1] Plaintiffs named Gale Norton in her capacity as United States Secretary of the Interior as the Defendant in this case. Secretary Norton resigned her position effective March 31, 2006. Acting Secretary of the Interior P. Lynn Scarlett is substituted for Gale Norton pursuant to Federal Rule 25(d)(1).

2.     Counsel for Federal Defendants has discussed with counsel for Plaintiffs the potential settlement of this action.

3.     Accordingly, Federal Defendants seek an extension of time to respond to the Complaint until June 15, 2006.

Dated: May 10, 2006

                                              Respectfully Submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

JEAN E. WILLIAMS
Chief, Wildlife & Marine Resources Section

s/ *Robert P. Williams*
ROBERT P. WILLIAMS, Trial Attorney
U.S. Department of Justice
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
(202) 305-0210 (ph)
(202) 305-0275 (fx)
robert.p.williams@usdoj.gov

*Attorneys for Federal Defendants*

CERTIFICATE OF SERVICE

      I hereby certify that on May 10, 2006, the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will generate automatic service of such filing upon all parties registered to receive such notice, including the following:

Austin D. Gerken, Jr.
Southern Environmental Law Center
djgerken@selcnc.org

*Counsel for Plaintiffs*

                                            s/ *Robert P. Williams*
                                            ROBERT P. WILLIAMS, Trial Attorney
                                            U.S. Department of Justice
                                            Wildlife & Marine Resources Section
                                            Benjamin Franklin Station, P.O. Box 7369
                                            Washington, DC 20044-7369
                                            (202) 305-0210 (ph)
                                            (202) 305-0275 (fx)
                                            robert.p.williams@usdoj.gov