## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>P. LYNN SCARLETT, in her official capacity as Acting Secretary of the Interior, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 06-349-RCL |

## ORDER

Having considered Federal Defendants' Unopposed Motion to Extend Time to Answer,

IT IS HEREBY ORDERED that Federal Defendants' motion is GRANTED.

IT IS FURTHER ORDERED that Federal Defendants shall file a response to the

Complaint on or before June 15, 2006.


DATED this _____ day of May, 2006.



_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE