UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL AUDOBON SOCIETY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> P. LYNN SCARLETT, sued in her official capacity as Secretary of the Interior, United States Department of the Interior, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    Civil Action No. 06-349 (RCL) |

### ORDER

Having considered Federal Defendants' Unopposed Motion [4] to Extend Time to Answer, and the entire record herein, it is hereby

ORDERED that the Federal Defendants' Unopposed Motion [4] to Extend Time to Answer is GRANTED; and it is further

ORDERED that the Federal Defendants shall file a response to the Complaint on or before June 15, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 10, 2006.