AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | March 13, 2006 |
| NAME OF SERVER *(PRINT)* Austin D. Gerken Jr. | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By sending a copy of the summons and of the complaint by certified mail to the official address on record for the Secretary of the US Department of Interior and for the U.S. Fish and Wildlife Service.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/23/2006        *[signature]*
              Date              Signature of Server

              29 N. Market St., Suite 700 Asheville, NC 28801
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

NATIONAL AUDUBON SOCIETY,
DEFENDERS OF WILDLIFE,
SOUTHERN APPALACHIAN BIODIVERSITY PROJECT,
WESTERN NORTH CAROLINA ALLIANCE, and
HEARTWOOD,
  Plaintiffs,

V.

GALE NORTON, in her official capacity as Secretary of the U.S. Department of Interior,

and

U.S. FISH AND WILDLIFE SERVICE,
  Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:06CV00349

JUDGE: Royce C. Lamberth

DECK TYPE: Administrative Agency Rev

DATE STAMP: 02/28/2006

TO: (Name and address of Defendant)

GALE NORTON, in her official capacity as Secretary of the
U.S. Department of Interior,
C St. NW, Washington, DC 20240-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Austin D. Gerken Jr.
Southern Environmental Law Center
29 N. Market St., Suite 700
Asheville, NC 28801

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON    FEB 28 2006
CLERK                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

NATIONAL AUDUBON SOCIETY,
DEFENDERS OF WILDLIFE,
SOUTHERN APPALACHIAN BIODIVERSITY PROJECT,
WESTERN NORTH CAROLINA ALLIANCE, and
HEARTWOOD,
                Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

GALE NORTON, in her official capacity as Secretary of the U.S. Department of Interior,

and

U.S. FISH AND WILDLIFE SERVICE, p
                Defendants.

CASE NUMBER   1:06CV00349

CA   JUDGE: Royce C. Lamberth

DECK TYPE: Administrative Agency Rev

DATE STAMP: 02/28/2006

TO: (Name and address of Defendant)

U.S. FISH AND WILDLIFE SERVICE,
1849 C St. NW, Room 3238, Washington, DC 20240-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Austin D. Gerken Jr.
Southern Environmental Law Center
29 N. Market St., Suite 700
Asheville, NC 28801

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          FEB 28 2006

CLERK                                 DATE

_(signature)_
(By) DEPUTY CLERK

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Marquita Williams* | ☑ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>Marquita Williams | C. Date of Delivery<br>3/13/06 |
| 1. Article Addressed to:<br><br>US Fish and Wildlife Service<br>1849 C St. NW, Room 3238<br>Washington, DC 20240-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |  |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | | |

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gale Norton, Secretary
United States Dept. of Interior
1849 C St. NW
Washington, DC 20240-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )  C. Date of Delivery
_Marbee_  3/13/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540