) 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | March 14, 2006 |

| | TITLE |
|---|---|
| AME OF SERVER *(PRINT)* Austin O Gerken Jr. | |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served:

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

G  Other (specify):  By sending a copy of the summons and of the complaint by
Certified mail to the official address on record for the
Attorney General of the United States.

## STATEMENT OF SERVICE FEES

| RAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/23/06        _Signature of Server_
                Date

29 N. Market St, Suite 700 Asheville, NC 28801
_Address of Server_

) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

NATIONAL AUDUBON SOCIETY,
DEFENDERS OF WILDLIFE,
SOUTHERN APPALACHIAN BIODIVERSITY PROJECT,
WESTERN NORTH CAROLINA ALLIANCE, and
HEARTWOOD,
                              Plaintiffs,

                    V.

GALE NORTON, in her official capacity as Secretary of the U.S. Department of Interior,

and

U.S. FISH AND WILDLIFE SERVICE,
                              Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:06CV00349

JUDGE: Royce C. Lamberth

DECK TYPE: Administrative Agency Rev

DATE STAMP: 02/28/2006

CASE

TO: (Name and address of Defendant)

GALE NORTON, in her official capacity as Secretary of the
U.S. Department of Interior,
C St. NW, Washington, DC 20240-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Austin D. Gerken Jr.
Southern Environmental Law Center
29 N. Market St., Suite 700
Asheville, NC 28801

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                          FEB 2 8 2006

CLERK                                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

NATIONAL AUDUBON SOCIETY,
DEFENDERS OF WILDLIFE,
SOUTHERN APPALACHIAN BIODIVERSITY PROJECT,
WESTERN NORTH CAROLINA ALLIANCE, and
HEARTWOOD,
                    Plaintiffs,

V.

GALE NORTON, in her official capacity as Secretary of the U.S. Department of Interior,

and

U.S. FISH AND WILDLIFE SERVICE,p
                    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:06CV00349

CA  JUDGE: Royce C. Lamberth

DECK TYPE: Administrative Agency Rev

DATE STAMP: 02/28/2006

TO: (Name and address of Defendant)

U.S. FISH AND WILDLIFE SERVICE,
1849 C St. NW, Room 3238, Washington, DC 20240-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Austin D. Gerken Jr.
Southern Environmental Law Center
29 N. Market St., Suite 700
Asheville, NC 28801

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          FEB 2 8 2006

CLERK                                DATE

(By) DEPUTY CLERK

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery<br>MAR 14 2006<br>D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br><br>US Attorney General<br>950 Pensylvania Ave.<br>Washington, DC 20530<br>(Attn: Civil Process Clerk) | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540