# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE: March 14, 2006 |
| NAME OF SERVER (PRINT): Austin O. Gerken Jr. | TITLE: |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): By sending a copy of the summons and of the complaint by certified mail to the official address on record for the United States Attorney for the District of Columbia.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/23/06       _____
              Date              Signature of Server

29 N. Market St., Suite 700 Asheville, NC 28801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

NATIONAL AUDUBON SOCIETY,
DEFENDERS OF WILDLIFE,
SOUTHERN APPALACHIAN BIODIVERSITY PROJECT,
WESTERN NORTH CAROLINA ALLIANCE, and
HEARTWOOD,
        Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

GALE NORTON, in her official capacity as Secretary of the U.S. Department of Interior,

and

U.S. FISH AND WILDLIFE SERVICE,p
        Defendants.

CASE NUMBER   1:06CV00349

CA   JUDGE: Royce C. Lamberth

DECK TYPE: Administrative Agency Rev

DATE STAMP: 02/28/2006

TO: (Name and address of Defendant)

U.S. FISH AND WILDLIFE SERVICE,
1849 C St. NW, Room 3238, Washington, DC 20240-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Austin D. Gerken Jr.
Southern Environmental Law Center
29 N. Market St., Suite 700
Asheville, NC 28801

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      FEB 28 2006

CLERK                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

NATIONAL AUDUBON SOCIETY,
DEFENDERS OF WILDLIFE,
SOUTHERN APPALACHIAN BIODIVERSITY PROJECT,
WESTERN NORTH CAROLINA ALLIANCE, and
HEARTWOOD,
                Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

GALE NORTON, in her official capacity as Secretary of the U.S. Department of Interior,

and

U.S. FISH AND WILDLIFE SERVICE,
                Defendants.

CASE NUMBER   1:06CV00349

JUDGE: Royce C. Lamberth

DECK TYPE: Administrative Agency Rev

DATE STAMP: 02/28/2006

TO: (Name and address of Defendant)

GALE NORTON, in her official capacity as Secretary of the
U.S. Department of Interior,
C St. NW, Washington, DC 20240-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Austin D. Gerken Jr.
Southern Environmental Law Center
29 N. Market St., Suite 700
Asheville, NC 28801

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      FEB 28 2006

CLERK      DATE

_/s/ H. Higgins_
(By) DEPUTY CLERK

Case 1:06-cv-00349-RCL    Document 8    Filed 05/24/2006    Page 4 of 4

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Attorney for District of Columbia
555 Fourth Street NW
Washington DC 20530
(Attn: Civil Process Clerk)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ernest L. Polly_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
MAR 14 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540