UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>DIRK KEMPTHORNE, in his official capacity as Secretary of the Interior, et al.,<br><br>  Defendants. | Civil Action No. 06-349-RCL |

**SECOND UNOPPOSED MOTION TO EXTEND TIME TO ANSWER**

Defendant Dirk Kempthorne, U.S. Secretary of the Interior,[1] and the United States Fish and Wildlife Service ("Federal Defendants"), by and through their undersigned counsel, hereby move the Court pursuant to Federal Rule 6(b) for a second extension of time to file their Answer in this case to July 31, 2006. Pursuant to LCvR 7(m), counsel for Federal Defendants has conferred with Plaintiffs' counsel, and Plaintiffs do not oppose this Motion. In support of the instant Motion, Federal Defendants state as follows:

1. Plaintiffs served their Complaint in this action on the U.S. Attorney for the District of Columbia on March 15, 2006. Pursuant to Federal Rule 12(a)(3), Federal Defendants' Answer originally was due to be filed by May 15, 2006.

---

[1] Plaintiffs named Gale Norton in her capacity as United States Secretary of the Interior as the Defendant in this case. Secretary Norton resigned her position effective March 31, 2006. Secretary of the Interior Dirk Kempthorne is substituted for Gale Norton pursuant to Federal Rule 25(d)(1).

2. Pursuant to the Court's May 10 Order granting Federal Defendants' Unopposed Motion to Extend Time to Answer, the due date for Federal Defendants' response to the Complaint was extended from May 15 to June 15 to facilitate settlement discussions between the parties.

3. The parties continue to discuss the potential settlement of this action.

4. Accordingly, Federal Defendants seek a second extension of time to respond to the Complaint until July 31, 2006.

Dated: June 13, 2006

        Respectfully Submitted,

        SUE ELLEN WOOLDRIDGE
        Assistant Attorney General

        JEAN E. WILLIAMS
        Chief, Wildlife & Marine Resources Section

        s/ *Robert P. Williams*
        ROBERT P. WILLIAMS, Trial Attorney
        U.S. Department of Justice
        Wildlife & Marine Resources Section
        Benjamin Franklin Station, P.O. Box 7369
        Washington, DC 20044-7369
        (202) 305-0210 (ph)
        (202) 305-0275 (fx)
        robert.p.williams@usdoj.gov

        *Attorneys for Federal Defendants*

CERTIFICATE OF SERVICE

      I hereby certify that on June 13, 2006, the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will generate automatic service of such filing upon all parties registered to receive such notice, including the following:

Austin D. Gerken, Jr.
Southern Environmental Law Center
djgerken@selcnc.org

*Counsel for Plaintiffs*


                                            s/ *Robert P. Williams*
                                            ROBERT P. WILLIAMS, Trial Attorney
                                            U.S. Department of Justice
                                            Wildlife & Marine Resources Section
                                            Benjamin Franklin Station, P.O. Box 7369
                                            Washington, DC 20044-7369
                                            (202) 305-0210 (ph)
                                            (202) 305-0275 (fx)
                                            robert.p.williams@usdoj.gov