UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, in his official capacity as Secretary of the Interior, et al.,<br><br>Defendants. | Civil Action No. 06-349-RCL |

**ORDER**

Having considered Federal Defendants' Second Unopposed Motion to Extend Time to Answer, and the entire record herein, it is hereby

ORDERED that the Federal Defendants' Second Unopposed Motion to Extend Time to Answer is GRANTED; and it is further

ORDERED that the Federal Defendants shall file a response to the Complaint on or before July 31, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, June __, 2006.