UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL AUDOBON SOCIETY, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civil Action No. 06-349 (RCL) |
| P. LYNN SCARLETT, sued in her official capacity as Secretary of the Interior, United States Department of the Interior, *et al.*, | ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER**

Having considered Federal Defendants' Second Unopposed Motion [9] to Extend Time to Answer, and the entire record herein, it is hereby

ORDERED that the Federal Defendants' Unopposed Motion [9] to Extend Time to Answer is GRANTED; and it is further

ORDERED that the Federal Defendants shall file a response to the Complaint on or before July 31, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, June 14, 2006.