UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| NATIONAL AUDUBON SOCIETY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, in his official capacity as Secretary of the Interior, et al.,<br><br>    Defendants. | Civil Action No. 06-349-RCL |

## THIRD UNOPPOSED MOTION TO EXTEND TIME TO ANSWER

Defendant Dirk Kempthorne, U.S. Secretary of the Interior,[1] and the United States Fish and Wildlife Service ("Federal Defendants"), by and through their undersigned counsel, hereby move the Court pursuant to Federal Rule 6(b) for a third extension of time to file their Answer in this case to August 7, 2006. Pursuant to LCvR 7(m), counsel for Federal Defendants has conferred with Plaintiffs' counsel, and Plaintiffs do not oppose this Motion. In support of the instant Motion, Federal Defendants state as follows:

    1.    Plaintiffs served their Complaint in this action on the U.S. Attorney for the District of Columbia on March 15, 2006. Pursuant to Federal Rule 12(a)(3), Federal Defendants' Answer originally was due to be filed by May 15, 2006.

    2.    Pursuant to the Court's June 14 Order granting Federal Defendants' Second

---

[1] Plaintiffs named Gale Norton in her capacity as United States Secretary of the Interior as the Defendant in this case. Secretary Norton resigned her position effective March 31, 2006. Secretary of the Interior Dirk Kempthorne is substituted for Gale Norton pursuant to Federal Rule 25(d)(1).

Unopposed Motion to Extend Time to Answer, the due date for Federal Defendants' response to the Complaint was extended to July 31 to facilitate settlement discussions between the parties.

    3.    Settlement discussions between the parties have been productive and the parties believe settlement of the merits of this action is imminent. The parties are cognizant of the fact that the Court has granted two previous enlargements of the time in which to file the Answer and Federal Defendants therefore request only a modest extension of seven days to finalize the terms of the settlement agreement.

    4.    Federal Defendants do not anticipate requesting any further extensions of time in which to file the Answer.

    5.    Accordingly, Federal Defendants seek a second extension of time to respond to the Complaint until August 7, 2006.

Dated: July 31, 2006

                                                                               Respectfully Submitted,

                                                                               SUE ELLEN WOOLDRIDGE
                                                                               Assistant Attorney General

                                                                               JEAN E. WILLIAMS
                                                                               Chief, Wildlife & Marine Resources Section

s/ *Robert P. Williams*
ROBERT P. WILLIAMS, Trial Attorney
U.S. Department of Justice
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
(202) 305-0210 (ph)
(202) 305-0275 (fx)
robert.p.williams@usdoj.gov

*Attorneys for Federal Defendants*

CERTIFICATE OF SERVICE

      I hereby certify that on July 31, 2006, the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will generate automatic service of such filing upon all parties registered to receive such notice, including the following:

Austin D. Gerken, Jr.
Southern Environmental Law Center
djgerken@selcnc.org

*Counsel for Plaintiffs*

                                                s/ *Robert P. Williams*
                                                ROBERT P. WILLIAMS, Trial Attorney
                                                U.S. Department of Justice
                                                Wildlife & Marine Resources Section
                                                Benjamin Franklin Station, P.O. Box 7369
                                                Washington, DC 20044-7369
                                                (202) 305-0210 (ph)
                                                (202) 305-0275 (fx)
                                                robert.p.williams@usdoj.gov