## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, et al., </br></br> Plaintiffs, </br></br> v. </br></br> P. LYNN SCARLETT, in her official capacity as Acting Secretary of the Interior, et al., </br></br> Defendants. | Civil Action No. 06-349-RCL |

## **ORDER**

Having considered Federal Defendants' Third Unopposed Motion to Extend Time to Answer, IT IS HEREBY ORDERED that Federal Defendants' motion is GRANTED.

IT IS FURTHER ORDERED that Federal Defendants shall file a response to the Complaint on or before August 7, 2006.

DATED this _____ day of August, 2006.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE