**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, in his official capacity as Secretary of the Interior, et al., <br><br> Defendants. | Civil Action No. 06-349-RCL |

### JOINT MOTION TO APPROVE
### STIPULATED SETTLEMENT AGREEMENT

Plaintiffs National Audubon Society *et al.* and Defendants Secretary Kempthorne and United States Fish and Wildlife Service hereby respectfully submit the attached Stipulated Settlement Agreement; and jointly move this Court to issue an Order approving the Stipulated Settlement Agreement.

The Stipulated Settlement Agreement is a compromise among the parties, intended to avoid further litigation over Plaintiffs' claims in this matter.

WHEREFORE, the parties jointly pray that this Court approve the accompanying Stipulated Settlement Agreement; and sign the accompanying proposed Order.

DATED this 7th day of August, 2006.

_____/s/_____
AUSTIN D. GERKEN JR.
Southern Environmental Law Center
29 N. Market St., Suite 604
Asheville, NC 28801-2934
Tel: (828) 258-2023
Fax: (828) 258-2024
djgerken@selcnc.org

*Attorney for Plaintiffs*

DATED this 7th day of August, 2006.

_____/s/_____
ROBERT P. WILLIAMS, Trial Attorney
U.S. Department of Justice
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
(202) 305-0210 (ph)
(202) 305-0275 (fx)
robert.p.williams@usdoj.gov

*Attorney for Defendants*