UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, in his official capacity as Secretary of the Interior, et al.,<br><br>Defendants. | Civil Action No. 06-349-RCL |

## ORDER

Having considered the Stipulated Settlement Agreement, and good cause shown, and the entire record herein, it is hereby

ORDERED that the terms of the Stipulated Settlement Agreement are hereby approved as an Order of the Court.

SO ORDERED.
Signed by Royce C. Lamberth, United States District Judge, August___, 2006.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE