CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2006, the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will generate automatic service of such filing upon all parties registered to receive such notice, including the following:

Robert P. Williams
U.S. Department of justice
robert.p.williams@usdoj.gov

*Counsel for Defendants*

                                               _____/s/_____
                                               AUSTIN D. GERKEN JR.
                                               Southern Environmental Law Center
                                               29 N. Market St., Suite 604
                                               Asheville, NC 28801-2934
                                               Tel: (828) 258-2023
                                               Fax: (828) 258-2024
                                               djgerken@selcnc.org