UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL AUDOBON SOCIETY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> P. LYNN SCARLETT, sued in her official capacity as Secretary of the Interior, United States Department of the Interior, *et al.*, <br><br> Defendants. | Civil Action No. 06-349 (RCL) |

## ORDER

Having considered Federal Defendants' Third Unopposed Motion to Extend Time to Answer, it is hereby

ORDERED that Federal Defendants' motion is GRANTED *nunc pro tunc*.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 16, 2006.