UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL AUDOBON SOCIETY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> P. LYNN SCARLETT, sued in her official capacity as Secretary of the Interior, United States Department of the Interior, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 06-349 (RCL) |

## ORDER

Having considered the Stipulated Settlement Agreement, and good cause shown, and the entire record herein, it is hereby

ORDERED that the terms of the Stipulated Settlement Agreement are hereby approved as an Order of the Court.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 16, 2006.